[No. 44821-1-II.  Division Two.  November 4, 2014.]

THE STATE OF WASHINGTON, *Appellant*, v. LAUREN LUCILLE WRIGHT, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 11-1-00110-3, Jennifer A. Irvine Forbes, J., entered April 12, 2013. *Reversed* and *remanded with instructions* by unpublished opinion per Melnick, J., concurred in by Johanson, C.J., and Bjorgen, J.

[No. 44895-5-II.  Division Two.  November 4, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. VANESSA MARIE WHITFORD, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-1-03467-4, Kathryn J. Nelson, J., entered May 17, 2013. *Affirmed* by unpublished opinion per Johanson, C.J., concurred in by Bjorgen and Melnick, JJ.

[No. 31567-3-III.  Division Three.  November 4, 2014.]

SHELLY M. BALSER ET AL., *Respondents*, v. PROVIDENCE HEALTH & SERVICES, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 10-2-02613-9, Kathleen M. O'Connor, J., entered March 18, 2013. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Fearing and Lawrence-Berrey, JJ.

[No. 31381-6-III.  Division Three.  November 6, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. LYNN MARIE ARNHOLD, *Appellant*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 12-1-00233-7, Jack Burchard, J., entered December 19, 2012. *Affirmed* by unpublished opinion per Siddoway, C.J., concurred in by Brown and Fearing, JJ.